437 A.2d 940

**COMMONWEALTH of Pennsylvania**

v.

**Thomas WHITAKER, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 19, 1981.

Decided Dec. 17, 1981.

Abraham T. Needleman, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Mark Gurevitz, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM:

The Order of the Court of Common Pleas is affirmed.